G. MICHAEL WILLIAMS (#114597)
GANZER & WILLIAMS
1617 ST. MARK'S PLAZA, STE. A
STOCKTON, CA 95207
Telephone: 209-476-1661
Facsimile: 209-476-1674

[Proposed]Attorneys for Debtor
Atman Hospitality Group, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 11-42576 |
| ATMAN HOSPITALITY GROUP, INC., | DC: GMW-1 |
| Debtor. | Date: October 4, 2011<br>Time 11:00 a.m.<br>Dept: B |

**DECLARATION OF JOSIE CHEN IN REPLY TO LIMITED OPPOSITION TO DEBTOR'S MOTION FOR AUTHORIZATION TO PAY PRE-PETITION PAYROLL**

I, Josie Chen, declare:

1. I, along with Joannie Wang, am the co-treasurer of Atman Hospitality Group, Inc. (the "Debtor") and I am authorized to execute this declaration on the Debtor's behalf. I have personal knowledge of the Debtor's finances.

2. The matters stated in this declaration are based upon my own personal, first hand knowledge, unless otherwise stated, and if called as a witness, I could and would competently testify to the matters stated herein.

3. I have reviewed the limited opposition to this motion filed by Far East National Bank (the "Bank"), and this declaration is to address and clarify some of the issues set forth

1

therein.

4. With respect to the proposed recipients to be paid employment, attached hereto as Exhibit "A" is a true and correct copy of the detailed payroll report for the period in question. The Debtor seeks to pay its employees for the work performed between the dates of September 5, 2011 and September 18, 2011. Payroll is generally paid on the Friday following the completion of the pay period on the preceding Sunday. Thus, in this instance, the pay period ended September 18, 2011, which was the day before the Debtor filed its petition.

5. As the detailed payroll listing shows, there are a total of 38 employees proposed to be paid. These can be broken down to the following departments:

| Department | No of Employees |
| --- | --- |
| Accounting | 1 |
| Housekeeping | 18 |
| Guest Services | 12 |
| Maintenance | 4 |
| Room Attendant | 1 |
| Sales | 1 |
| Security | 1 |

6. None of these employees is an officer, director, shareholder or in any other fashion an "insider" of the Debtor. Further, none of these employees has any connection to the hotel ownership or management other than as an employee. If the court approves payment for pre-petition payroll, no insider will receive any of the proposed compensation.

7. As to why the employees were not paid pre-petition, the pay period ended at the end of the day on September 18, 2011 and the regular payday is the Friday after the completion

of the pay period.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 30, 2011 at Hayward, California.

/s/ JOSIE CHEN
JOSIE CHEN

Lmd:atman.chen.pay.reply.dec.