
FILED
NOV 30 2011
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

No. of Pages: 2

JEFFER MANGELS BUTLER & MITCHELL LLP
JOHN A. GRAHAM (Bar No. 71017)
RICHARD A. ROGAN (Bar No. 67310)
THOMAS M. GEHER (Bar No. 130588)
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
Email: jag@jmbm.com
Email: tgeher@jmbm.com
Email: rrogan@jmbm.com

Attorneys for Creditor Far East National Bank

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In re

ATMAN HOSPITALITY GROUP, INC.,

Debtor.

CASE NO. 11-42576

DCN: GMW-2
Chapter 11

**ORDER RE (1) DENIAL OF DEBTOR'S MOTION FOR USE OF CASH COLLATERAL; AND (2) APPOINTMENT OF CHAPTER 11 TRUSTEE**

Date: November 15, 2011
Time: 11:00 a.m.
Ctrm: Courtroom 32
    501 I Street
    Sacramento, CA

On November 15, 2011, at 11:00 a.m., a final hearing was conducted with respect to *Debtor's Motion for Approval of Use of Cash Collateral on an Interim and Final Basis* ("Motion") filed by Atman Hospitality Group, Inc., debtor and debtor in possession herein ("Debtor"), before the Honorable Thomas Holman, Bankruptcy Judge presiding. G. Michael Williams of Ganzer &

RECEIVED
November 21, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003914139

- 1 -

Williams appeared for Debtor, Thomas M. Geher of Jeffer, Mangels, Butler & Mitchell LLP appeared for Far East National Bank ("Bank"), and other appearances, if any, were as noted in the record. The Court having read and considered the Motion, the response and Opposition of Bank to the Motion, including Bank's request for the immediate appointment of a chapter 11 trustee contained in such opposition ("Opposition"), and all papers and pleadings filed in support of the Motion and Opposition; the Court having heard and considered the arguments of counsel; the Court having made findings of fact and conclusions of law on the record at the hearing on the Motion, and good cause appearing therefor:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is denied.

2. Debtor is not authorized to use any cash collateral and cannot use any cash collateral.

3. A chapter 11 trustee shall be immediately appointed for the bankruptcy estate of Atman Hospitality Group, Inc.

4. The Office of the United States Trustee is directed to immediately appoint a chapter 11 for the bankruptcy estate of Atman Hospitality Group, Inc.

DATED: NOV 30 2011

U.S. BANKRUPTCY COURT JUDGE

APPROVED AS TO FORM AND CONTENT:

/s/ G. Michael Williams
G. MICHAEL WILLIAMS
Proposed Attorney for Debtor
Atman Hospitality Group, Inc.

- 2 -