VIKAS KUMAR, State Bar No. 267063
Trial Attorney
ANTONIA G. DARLING, State Bar No. 76190
Assistant United States Trustee
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
501 "I" Street, Suite 7-500
Sacramento, CA 95814
(916) 930-2100/Fax (916) 930-2099

Attorneys for Acting United States Trustee,
August B. Landis, Region 17

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-42576-B-11

Atman Hospitality Group, Inc.,            DC No.: UST-1

                Debtor.
_____/

**ACTING UNITED STATES TRUSTEE'S APPOINTMENT OF CHAPTER 11 TRUSTEE AND APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE**

TO THE HONORABLE THOMAS C. HOLMAN, U. S. BANKRUPTCY JUDGE:

The Acting United States Trustee for the Eastern District of California hereby applies to the Court pursuant to Federal Rule of Bankruptcy Procedure 2007.1 for an Order Approving the Appointment of a Chapter 11 Trustee, and in support thereof states:

1. The Acting United States Trustee hereby appoints the following person as trustee in the above-captioned case:

    **MICHAEL KASOLAS, CPA**
    **P. O. Box 26650**
    **San Francisco, CA 94126**
    **Telephone: (415) 504-1926**

-1-

2. The Acting United States Trustee has consulted with the following parties in interest regarding the appointment of the trustee, including, but not limited to, what type of work the trustee might have to do in the case, and what background, qualifications and expertise might lend themselves to that type of work:

- G. Michael Williams, Esq., counsel for the debtor, Atman Hospitality Group, Inc.
- Thomas Geher, Esq., counsel for secured creditor Far East National Bank

3. To the best of the Applicant's knowledge, Michael Kasolas has no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the Acting United States Trustee, and persons employed in the Office of the United States Trustee other than as set forth in the Declaration of Michael Kasolas, filed herewith.

4. Mr. Kasolas's background and qualifications are as described in the Declaration of Michael Kasolas, filed herewith.

5. The bond of the trustee is hereby fixed in the amount of $750,000.00, subject to being increased or decreased should cash under the trustee's control increase or decrease.

WHEREFORE, pursuant to the Court's Order of November 30, 2011, which directs the Acting United States Trustee to appoint a chapter 11 trustee, Applicant requests that the Court enter an Order Approving the Appointment of Michael Kasolas as Trustee in the above-captioned case.

Executed at Sacramento, California, on this 1st day of December, 2011.

Respectfully submitted,

/s/ Vikas Kumar
Vikas Kumar
Attorney for the Acting U. S. Trustee,
August B. Landis

Vikas.Kumar@usdoj.gov