McNUTT LAW GROUP LLP
SCOTT H. McNUTT (CSBN 104696)
SHANE J. MOSES (CSBN 250533)
188 The Embarcadero, Suite 800
San Francisco, California 94105
Telephone: (415) 995-8475
Facsimile: (415) 995-8487

Attorneys for MICHAEL G. KASOLAS,
Chapter 11 Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>ATMAN HOSPITALITY GROUP, INC.,<br><br>Debtor. | Case No. 11-42576<br><br>Chapter 11<br><br>DC No. MLG-006<br><br>**SECOND STIPULATION FOR TRUSTEE'S USE OF CASH COLLATERAL** |

This Stipulation is hereby entered into by (1) Michael G. Kasolas, as Chapter 11 trustee (the "Trustee") for the estate of Atman Hospitality Group, Inc., the debtor in the above captioned Chapter 11 case, and (2) Far East National Bank (the "Bank") (the Trustee and the Bank are collectively referred to herein as the "Parties"), through their respective counsels, with respect to the Trustee's use of the cash collateral of the Bank.

## RECITALS

1. Whereas, on September 19, 2011, Atman Hospitality Group, Inc., debtor herein ("Debtor"), filed its voluntary Chapter 11 petition commencing this case.

2. Whereas, on October 4, 2011, at 11:00 a.m., a hearing was conducted with respect to the DEBTOR'S MOTION FOR APPROVAL OF USE OF CASH COLLATERAL ON AN INTERIM AND FINAL BASIS [Docket No. 15] ("Debtor's Motion").

3.     Whereas, on October 10, 2011, an order was entered granting the Debtor interim use of cash collateral and setting a further hearing on November 15, 2011 (the "Interim Order").

4.     Whereas, following the hearing held on November 15, 2011, on November 30, 2011, this Court entered a further order denying the Debtor's Motion to use cash collateral, and ordering the appointment of a Chapter 11 trustee.

5.     Whereas, on December 1, 2011, the United States Trustee appointed Michael G. Kasolas as Chapter 11 trustee of the estate of Debtor, and such appointment was approved by this Court on December 6, 2011.

6.     Whereas, on December 2, 2011, the Parties entered into the STIPULATION FOR TRUSTEE'S USE OF CASH COLLATERAL [Docket Nos. 92, 93] (the "First Stipulation"), which authorized the Trustee's use of cash collateral through January 31, 2012.

7.     Whereas, the Debtor operates a hotel, known as the Gaia Shasta Hotel (the "Hotel"), and a restaurant, currently known as the Woodside Grill or Swan Lake Bistro (the "Restaurant"), on the property located at 4125 Riverside Place, Anderson, California 96007 (the "Property"), which Property is owned by the Debtor.

8.     Whereas, the Trustee has prepared his TRUSTEE'S CASH COLLATERAL BUDGET FOR THE PERIOD FROM JANUARY 1, 2012 THROUGH MARCH 31, 2012 (the "Budget"), attached hereto as **Exhibit A**.

9.     Whereas, the Trustee requires authorization to use cash collateral in the ordinary course of the business of the Hotel and the Restaurant in order to maintain continuous operation of such businesses and maintain the value of the estate.

10.    Whereas, the Trustee has requested that the Bank subordinate any lien or security interests it may have to the allowed fees and costs of the Trustee, the Trustee's professionals, and any operator employed by the Trustee to manage operations of the Hotel and/or Restaurant.

11.    Whereas, the Parties believe that it is in the best interests of the Debtor's estate, its creditors, and all parties-in-interest to authorize the Trustee's continued use of cash collateral in the ordinary course of the business of the Hotel and the Restaurant.

## STIPULATION

In recognition of the Recitals stated above, the Parties hereby stipulate as follows:

12. The Parties stipulate to entry of an order, pursuant to 11 U.S.C. § 363, in substantially the form attached hereto as **Exhibit B**, (the "Proposed Order"), authorizing the Trustee's use of cash collateral in the ordinary course of business.

13. The Parties further stipulate and agree to all terms of the Proposed Order, which is incorporated herein by reference.

14. The Parties further stipulate that the Trustee may use the cash collateral of the Bank, in accordance with the terms of the Proposed Order, immediately upon the execution and filing of this stipulation, regardless of whether the Proposed Order has been entered by the Court.

15. The Parties further stipulate that any and all liens or security interests of the Bank shall be subordinated to all allowed fees and costs of the Trustee incurred during the period from November 22, 2011, through March 31, 2012, including the allowed fees and expenses of professionals employed by the Trustee and of any persons or entities employed by the Trustee to manage operations of the Debtor.

**IT IS SO STIPULATED:**

DATED: January 3, 2012　　　　McNUTT LAW GROUP LLP


By:　　/s/ *Shane J. Moses*
　　　　Shane J. Moses
　　　　Attorneys for Trustee


DATED: January 3, 2012　　　　JEFFER MANGELS BUTLER & MITCHELL, LLP


By:　　/s/ *Thomas M. Geher*
　　　　Thomas M. Geher
　　　　Attorneys for Far East National Bank